AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SARA DESIGNS, INC., <br><br> *Plaintiff(s)* <br> v. <br> A CLASSIC TIME WATCH CO. INC., and <br> NEW YORK AND COMPANY, INC. <br><br> *Defendant(s)* | Civil Action No. 16-cv-3638 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  A Classic Time Watch Co, Inc., 10 West 33rd Street, Suite 800, New York, New York 10001

New York and Company, Inc.,  330 West 34th Street, 9th Floor, New York, New York 10001


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Barry E. Janay, Esq.
Law Office of Barry E. Janay, P.C.
14 Murray St., Std. 235
New York, NY 10007
Tel: 917-756-8501
bjanay@lobej.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____                    _____
                                                *Signature of Clerk or Deputy Clerk*